1 | KARL GERBER (Cal. State Bar No. 166003)
2 | ERIC PALMER (Cal. State Bar No. 231207)
  | EMPLOYMENT LAWYERS GROUP                    JS-6
3 | 13418 Ventura Boulevard
  | Sherman Oaks, California 91423
4 | Telephone: (818) 783 7300
  | Facsimile:  (818) 995 7159
5 |
6 | Attorneys for Plaintiff
  | Jose Gomez
7 |
8 | JEFFREY D. WOHL (Cal. State Bar No. 96838)
  | RISHI N. SHARMA (Cal. State Bar No. 239034)
9 | PETER A. COOPER (Cal. State Bar No. 275300)
  | PAUL HASTINGS LLP
10 | 55 Second Street, 24th Floor
   | San Francisco, California 94105
11 | Telephone: (415) 856-7000
   | Facsimile:  (415) 856-7100
12 | jeffwohl@paulhastings.com
13 | rishisharma@paulhastings.com
   | petercooper@paulhastings.com
14 |
15 | Attorneys for Defendant
   | Target Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JOSE GOMEZ,                              | No. CV 14-01847 R (JCGx) |
|                                          |                          |
|         Plaintiff,                       | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |
|     v.                                   |                          |
| TARGET CORPORATION, and DOES 1 through 100, inclusive, | |
|         Defendants.                      |                          |

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: September 5, 2014.

_____
Manuel L. Real
United States District Judge